Brian L. Larsen, Esq. (SB# 158252)
**LAW OFFICES OF BRIAN L. LARSEN**
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Tel: (415) 398-5000
Fax: (415) 398-5080
Email: blarsen5000@gmail.com

Attorneys for Plaintiff SHAWN LESTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| SHAWN LESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>IPC INTERNATIONAL CORP.,<br>OXFORD PROPERTY MANAGEMENT<br>CORP.  DEVELOPERS DIVERSIFIED<br>REALTY CORP.,<br><br>    Defendants. | CASE NO.  CV 11-06833 DDP (Ex)<br><br>DECLARATION OF EXPERT WITNESS<br>FRED DEL MARVA IN SUPPORT OF<br>PLAINTIFF SHAWN LESTER'S<br>OPPOSITION TO DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT<br><br>Date: January 28, 2013<br>Time: 10:00 A.M.<br>Courtroom: 3 – 2nd Floor<br>Judge: The Honorable Dean D. Pregerson |

### DECLARATION OF FRED DEL MARVA, P.I., P.P.O.

I, Fred Del Marva, P.I., P.P.O., make this Declaration on the basis of my own personal knowledge, and would testify that the following is true and correct if called as a witness to testify:

1.   Plaintiff's attorney Brian Larsen retained me to provide an opinion on the conduct of the

1

above-captioned defendants with respect to the event at The Pike at Rainbow Harbor regarding the assault on Plaintiff Shawn Lester.   In particular, I was asked to examine and determine whether the above captioned defendants breached any applicable industry standards of care for providing adequate security and whether or not the defendants' operational practices contributed to or proximately caused the injuries sustained by the plaintiff.

2.  These are my preliminary opinions regarding how the defendants' conducted their business at the time of the incident, the defendants' actions and omissions on the date of the incident, and whether the defendants' operational practices, principles and methodologies were consistent with those of reasonable, diligent, and responsible owners and operators of similar establishments with regard to providing adequate security and a safe and secure environment.

3.  I am aware that discovery and investigation of the subject matter of this lawsuit have not been concluded.  For this reason, I reserve the right to add to, amend, modify, or supplement the following opinions after I have had the opportunity to review the final results of discovery.

4.  My opinions are based on my years as a security consultant, my years as a legal investigator, forensic investigator, legal consultant, qualified court expert, and my 26 years experience and involvement in over 900 cases relating to premises liability, premises security or liquor liability issues.  Additionally, my opinions are also based on documents provided by your office and my reliance on a crime demographic of the defendants' property.   Attached hereto as Exhibit A is a C.V. that accurately and correctly details my background, training and experience.

5.  I have also review portions of Plaintiff Shawn Lester's July 30, 2012 deposition testimony reflecting that there were prior violent incidents at The Pike at Rainbow Harbor.

6.  The following is a summary of the facts for the purpose of providing a general overview

of the events of the evening and is not intended as an exhaustive detailed rendition of all the facts regarding the incident.

### Summary of Findings

7. Between the hours of approximately 9:30 p.m. on Thursday May 16, 2009 and 1:30 am on Friday May 17, 2009 the plaintiff was an invitee and patron at the defendants' premises known as The Pike at Rainbow Harbor.

8. While walking from one bar to another, without provocation from the plaintiff, a group of men exited a vehicle and for several minutes proceeded to punch the plaintiff and stabbing him with a knife in the lower back and neck. As a result of the attack, the plaintiff spent two days in the hospital.

### Conclusions

9. As the expert in California's <u>Delgado v. Trax</u> and <u>Mata v. Mata</u>, I am well aware of the criteria required for security cases in that state. One being foreseeability and the other being prior similar acts for assaults and aggravated assaults.

10. With regard to the foreseeability of assaults and aggravated assaults, the fact that the defendants had hired contract security to prevent and deter the foreseeable problems, establishes foreseeability. In addition, I have conducted a crime demographic of the property [a standard practice of other security expert] which resulted in a CAP score of 7.39. A true and correct copy of this document is attached hereto as Exhibit B. This means that the defendants' property has a crime foreseeability of 7.39 times **higher** than the national average, classifying The Pike at Rainbow Harbor as a high crime area.

11. The defendants leasing approximately 20 locations with liquor licenses again confirms foreseeable problems for argumentative and assaulted behavior.

12. With regard to prior similar acts, since there were other assaults or criminal incidents at the defendants' premises as witnessed by Shawn Lester, those incidents would also

provide further support for my conclusion that the security provided by defendants was not adequate or appropriate.

#### Opinions

13. As fully outlined above, and in light of the totality of the circumstances, it is my opinion that the methodology, principles, procedures, and actions employed by the defendants' with regard to providing adequate security and a safe and secure environment was ***not*** consistent with those which would have been employed by responsible, diligent, prudent, and reasonable lessors given the same circumstances.

14. It is my opinion, within a reasonable degree of professional certainty, that but for the inadequate and negligent security practices of the defendants, the injuries sustained by the plaintiff would have never occurred.

15. As to how security practices of the defendants could have been improved so as to prevent or deter the incident at issue, a cost-effective a reasonable deterrent would have been to install closed circuit television cameras to monitor the premises along with visible and lit signage informing visitors and patrons that their activities are being monitored.

16. These methods of deterrence set forth in Paragraph 15 are used by other parking lots and shopping malls in the United States.  They act as a strong crime deterrent because if people see signs informing them that their activities are being filmed upon exit and entry, they are less likely to commit a crime because of the realization that it would be much easier for them to be caught and prosecuted.  When there is a mall or other venue open to the public at 2:00 a.m., such as Pike Place, and where such a place has restaurants and bars serving alcohol, such as Pike Place, these security measures are especially appropriate.  Of course, being that it is a high-crime area, as explained above, these security measures are even more necessary.

17. It is very unlikely that the individuals who attacked Shawn Lester in the parking lot would have carried out that same attack if the foregoing security measures were in place

4

because such an attack would have been much too risky and those individuals would have likely realized that they could not carry out such a brazen attack in a parking lot and then drive away with impunity.  Knowing that their vehicle and/or their actions were being filmed would have been very effective in discouraging these individuals from carrying out such an attack, whether the attack was "spontaneous" or not.  Therefore, it is my opinion that John Case's conclusion that the attack was not preventable because it was "spontaneous" is incorrect.

The foregoing is based upon my own personal knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed in the City of Glendale, Arizona, on January 7, 2013.

_Fred Del Marva_
Fred Del Marva, P.I. P.P.O.

5

# Exhibit A

# CURRICULUM VITAE

Fred Del Marva, PI, PPO

Hospitality Industry Standard of Care Expert

Hotels, Casinos, Bars, Restaurants, Sports Complexes, Cruise Ships, etc.

Premises Liability, Premises Security and Liquor Liability

Industry Consultant, Legal Consultant and Testifying Expert

21666 North 58th Avenue
Arrowhead Lakes
Glendale, Arizona, 85308

Phone – 623-566-5300

Fax – 623 – 566-5354

E-Mail – liabilityexpert@cox.net

Fred Del Marva is a court qualified expert specializing in cases of "Acts of Violence," "Slips/Trips and Falls," "Liquor Liability," and "Overall Industry Standards Compliance" in the hospitality industry. During litigation, his opinions are used to determine the foreseeability of malfeasance and adequacy of security. Since 1986, he has been retained in over 900 cases (plaintiff & defense) in 48 of the contiguous states: Hawaii, Alaska, Jamaica, Dominican Republic, Puerto Rico, Grand Cayman, Canada , Nova Scotia, Mexico, Bahamas, St. Croix Virgin Islands, Pakistan, Saipan and Australia, and has been qualified in both state and federal courts.

His association with prominent law firms (Gerry Spence, Melvin Belli and Johnnie Cochran), his consulting as an expert in the Denny's shooting [46.4 million dollar verdict], Hilton Tailhook Case in Las Vegas, I Can't Believe It's Yogurt murders in Austin, Harris murder in Houston, Giants Stadium's Verni v. Aramark [135 million dollar dram shop verdict], Yosemite murders in California, "The McDonald Murders" in Nova Scotia and New York's Happy Land Fire have led to his appearances as an industry expert on numerous nationally syndicated and local television/radio shows (e.g. "Geraldo," "The Reporters," etc.).

He is a licensed private investigator, forensic investigator, legal consultant, security consultant, security guard company owner and operator, expert witness, and Chairman/CEO of Food and Beverage Investigations, Del Marva Investigative Group, Special Events Security, and Del Marva Corporation.

These companies are retained by the country's leading hotel and restaurant chains, and independent operators to perform a variety of surveys including "Safety & Security," "Quality Assurance," and "Foreseeability Planning for Liability Exposure". Properties are surveyed to determine whether they comply with corporate policies, procedures, and industry standards.

Mr. Del Marva is a lecturer, educator, and trainer. He is a nationally acclaimed industry expert and an acknowledged authority on standards of care, management training, guest security, responsible service of alcohol training, and policy and procedure development and implementation for hotels, discos, bars, restaurants, sport complexes, race tracks, casinos, convention facilities, and cruise ships.

He is certified in Security Professional Training Techniques by the National Association of Investigative Specialists; a previously certified TIPS trainer for the responsible service of alcohol; a "Neutral Evaluator" for a California Bar Association (ADR); and a past commissioner of a Drug and Alcohol Task Force. He served as an Executive Advisory Board Member at two distinguished colleges with Hotel & Restaurant Departments, and has been published in hospitality trade journals.

He has been in the hospitality industry for over 45 years. Twenty-five of those years as an employee, manager, 20 as an industry consultant, and over 20 years as a liability consultant and liability expert. Having owned and operated numerous businesses, the experiences he brings to his training programs, consulting and expert testimony are based on acceptable industry principles and methods needed to insure a safe and secure environment.

As part of his continuing efforts to educate, he conducts corporate and military club management training programs; lectures at colleges, universities, and hotel and restaurant associations in the United States and Canada. He discloses the mistakes and the successes he has encountered while dealing with the country's leading hotels and restaurant companies; and teaches attendees to develop proactive and reactive instincts that lead to the anticipation, recognition, and elimination of potential areas of liability.

Hilton Hotel & Casinos, Isle of Capri, Grand Casino, Casino Magic, Sands Hotel & Casino, Caesar's Palace Hotel & Casino, Stardust Hotel & Casino, Sands Hotel & Casino, Trump Castle Hotel & Casino, Bally's Hotel & Casino, MGM Hotel & Casino, Resorts Hotel & Casino, Mirage Hotel & Casino, San Remo Hotel & Casino, Harrah's Casino, Golden Nugget Hotel & Casino, Marriott, Sheraton, Holiday Inn, Wyndham, Westin, Best Western, Radisson, Ramada, Embassy Suites, Doubletree, Taco Bell, McDonald's, Kentucky Fried Chicken, Burger King, Pizza Hut, I Can't Believe It's Yogurt, Sizzler, Denny's, Applebee's, Logan's, Tony Roma's, TGI Friday's, Outback, Chili's, Hard Rock Cafe, Marie Callendar's, 7 Eleven, Shell and  Arco are only a few companies where Mr. Del Marva has consulted or rendered expert opinions in plaintiff and defense litigation./
/

<u>2006 – PRESENT (Covert Investigations)</u>

Arizona State licensed company specializing in civil and criminal sub-rosa investigations.

<u>1985 -- Present (Food and Beverage Investigations)</u>

Owner of FBI, a California licensed investigative firm specializing in the food service and hospitality industries. Clients are bars, restaurants, hotels, casinos, sports complexes, convention centers, cruise ships, etc. The company provides spotting and shopping services, property safety surveys, quality assurance inspections, management training programs, security evaluations, beverage management training, and a variety of other industry related services. FBI is retained by its clients to insure that their property and staff are complying with and adhering to company policies, procedures, and industry standards.

<u>1986 – 2006 (Del Marva Corporation)</u>   <u>Presently Changed to Fred Del Marva P.I., PPO</u>

President of DMC, a hotel and leisure time industry consulting firm providing a variety of services specializing in Quality Assurance Surveys, Safety and Security Inspections, Risk Management Workshops, Policy & Procedure Development, and Foreseeability Planning for Liability Exposure. DMC also provides legal consultation, and as President, Fred Del Marva provides expert testimony for premises liability, premises security and liquor liability litigation.

<u>1996 to Present (Special Events Security)</u>

SES is a state licensed private patrol company providing security guard services, security guard training, security program development, policy and procedure development, security guard training manual development, and security consulting.

<u>1986 -- Present (Del Marva Investigative Group)</u>

DIG is state licensed private investigative firm providing general investigative services for a select group of attorneys in civil and criminal litigation. It also provides pre-employment screening and internal theft investigative services for the leisure time industry.

<u>1980 -- 1985 (Bottom Line Hospitality Consulting)</u>

President/CEO, and Senior Consultant. Bottom Line provided a complete consulting service to hotels and restaurants specializing in management training (all levels), management/work manual development, departmental policy and procedure development, security evaluations, and hiring and firing procedures.

<u>1971 to 1986 & 1993</u>

Owned (operated and managed) numerous bars, lounges, restaurants, discos, and catering facilities: Turf Club, Jockey Club and Club House - 1993; La Scala Restaurant #3 - 1980 to 1985; La Scala Restaurant #2 - 1978 to 1980; Silver Rose Saloon - 1979 to 1980; La Scala Restaurant #1 - 1976 to 1980; Stage Delicatessen & Theatre Lounge - 1974 to 1976; Eatcetera - 1971 to 1974.

<u>TELEVISION, RADIO & PRINT MEDIA (APPEARANCES & INTERVIEWS)</u>

Geraldo Rivera Show --"Deadly Discos"
The Reporters -- "Beware of Bouncers".
San Francisco Channel 2 Morning Talk and KSFO Talk Radio ("Hotel Security").
Wall Street Journal
Trade Publications
ABC News [drunk driving – Glenn Campbell incident]
Fox News [Chicago/Phoenix] "Hotel Security"
London Tribune [Casino Security]
Hotel security consultant for TV's CSI Miami and CNBC

## MAJOR SPEAKING ENGAGEMENTS

**Colleges & Universities**

University of San Francisco
Washington State University
Golden Gate University
Diablo Valley College
San Francisco City College
California Culinary Academy

**Major Hotel Corporations**

Holiday Inn Corporation
Aircoa Hotel Corporation

**Military**

Department of Navy

**Legal Associations**

Association of Trial Lawyers of America (Premises Security, Casino Security & Liquor Liability)

**State Restaurant & Hotel Associations**

Virginia Hotel & Restaurant Association (Richmond)
California Restaurant Association (Los Angeles)
Colorado Hotel & Restaurant Association (Denver)
American Hotel & Motel Association (New York)
Wyoming Hotel & Restaurant Association
State of Washington Restaurant Association (Seattle)
California Restaurant Association (Newport Beach)
Canadian Hotel & Restaurant Association (Toronto)
Wisconsin Hotel & Restaurant Association (Madison)
Missouri Hotel & Restaurant Association (St. Louis)
California Restaurant Association (Sacramento)
National Restaurant Association (Chicago)
New Jersey Restaurant Association (Kearny)
Texas Restaurant Association (Dallas)
Michigan Restaurant Association (Detroit)
California Hotel & Motel Association (Sacramento)
Florida Restaurant Association (Orlando)
Mississippi Restaurant Association (Jackson)
Ohio Hotel & Restaurant Association (Columbus)
Missouri Restaurant Association (1996 St. Louis)
Ohio Restaurant Association (1996)

**Security Associations**

American Society for Industrial Security (lodging security)

*l*

## LICENSES, PERMITS & CERTIFICATIONS

CA Licensed Private Investigator (Food & Beverage Investigations -- 1986 to present)
CA Licensed Private Investigator (Del Marva Investigative Group -- 1986 to present)
AZ Licensed Private Investigator (Del Marva Detective Agency – 1998 to 2001)
AZ Licensed Private Investigator (Covert Investigations – 2006 to present)
CA Licensed Security Guard (1986 to present)
CA Licensed Private Patrol Operator (Special Events Security -- 1996 to present)
Certified TIPS Trainer (responsible service of alcohol) – 1994 to 1995
National Association of Investigative Service   (Security Professional Training Techniques)
832 P.C. – Use of Force, Arrest and Firearms
Use of Deadly Force
California Concealed Weapons Permit (1979 to 2003)
Arizona Concealed Weapons Permit (2001 to present)

## PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS PAST AND PRESENT

Former Neutral Evaluator (Alternative Dispute Resolution Section) Marin County Bar Association
Commissioner, Novato Drug and Alcohol Commission
Chairman of the selection committee for the Hotel/Restaurant Department San Francisco City College
Executive Advisory Board Member (Hotel/Restaurant Department) SF City College
Advisory Board Member (Hotel/Restaurant Department) Diablo Valley College
National Association of Legal Investigators (NALI)
Registered Consultant -- Resolution Trust Corporation (RTC)
National Forensic Center
TASA Technical Advisor for Attorneys
National Expert Resources
DRI
American Trial Lawyers Association (ATLA Exchange)
California Trial Lawyers Association (CTLA Data Base)
Legal Research Network
Leisure Time Industries Litigation Consultants Exchange
National Restaurant Association
American Society for Industrial Security
California Association of Licensed Investigators (CALI)

## EDUCATION

Northern California Criminal Justice Training and Educational System
        (Santa Rosa Junior College – 1977) Use of Force, Arrest & Firearms
Northern California Criminal Justice Training and Educational System
        (Santa Rosa Junior College – 1987) Use of Force, Arrest & Firearms
Anheuser-Busch (Health Educational Foundation) TIPS Program
        "Training for the Intervention Procedures by Servers of Alcohol"
ATLA, College of Advocacy Seminar (Premises Liability & Premises Security)
ASIS, American Society for Industrial Security (Lodging Security Workshop)
National Rifle Association/AZ Dept. of Public Safety – Use of Deadly Force

## ARTICLES & PUBLICATIONS

Pay Now or Pay Later; Preventing Liability Suits
Implementing Controls; the Secret to Success
Employee Theft, Drug Abuse Should Put Restaurateurs on Guard Theft;
The Skeleton in the Food-Service Industry's Closet
/

5

## RETAINER AGREEMENT, CONDITIONS AND FEE SCHEDULE
### (01/12)

**Consulting:**
File review, discovery assistance, research, trial preparation, travel time, deposition preparation, and consultation -- $250.00 per hour.

**Deposition or Arbitration:**
Billed at the rate of $375 per hour with a four [4] hour minimum.  Minimum to be paid prior to or at the time of deposition by either client or opposing counsel, balance will be invoiced.  Client will be responsible for all deposition fees.  (48-hour cancellation required).  Travel time and expenses will be invoiced.

**Affidavits, Declarations or Opinion Reports**
Billed at the rate of $375.00 per hour

**Trial Testimony, Binding Arbitration or Videotape Deposition – de bene esse:**
Rate is $2,500.00 per day or partial day (48-hour cancellation required).  Travel time and expenses will be invoiced.

**On-Site Evaluations:**
Billed at a flat rate of $1,500.00 in the state of Arizona, $2,000.00 out of state and $2,500.00 for any trips requiring an over night stay.  Travel time and expenses will be invoiced.

**Conditions:**
- A **non-refundable** $2,500.00 retainer is required.  **This will be used as either a fee for my disclosure as your expert,** or a ten-hour minimum charge to be credited to billing hours.  **Your retainer check will represent your approval of this agreement.**
- Prepaid airfare and lodging are requested.
- Other expenses incurred are additional and payable upon billing.
- All outstanding invoices must be paid prior to deposition and trial.
- Any and all collection or legal costs for unpaid invoices shall be borne by the client.
- Invoices are due and payable upon receipt.  A 1.5% monthly charge will be billed for invoices 30 days past due.
- A fee of $500 per night will be charged for out-of-town travel requiring an overnight stay.

**The Employment Relationship:**
This agreement is between the law firm and Fred Del Marva, PI, PPO.  The law firm, not the client, will be totally responsible for all services rendered and billing.  **Fred Del Marva's name cannot be disclosed until this agreement has been signed and received by Fred Del Marva, along with the retainer fee.  Attorney's designation of Fred Del Marva constitutes acceptance of this retainer agreement and acknowledgement that the specific retainer amount [$2,500.00] is owed.**

Accepted: _____

Case Caption: _____

Date:_____

Fred Del Marva, PI, PPO
21666 North 58th Avenue
Arrowhead Lakes
Glendale Arizona 85308
Tel:  623-566-5300 --- Fax   623-566-5354 – E-mail liabilityexpert@cox.net

# Exhibit B

Del Marva Corporation                                    Long Beach



October 26, 2012



CRIMECAST is a trademark of CAP Index, Inc. Please note terms and
conditions as presented on http://www.capindex.com/terms.html

# CRIMECAST®
basic

**Del Marva Corporation**
Long Beach
30 West Shoreline Dr.
Long Beach, CA 90802
Lat: 33.7631, Lon: -118.1932  •  Radius 1=1.0 mi, Radius 2=1.8 mi

## 1:3 Site Report Page
Friday, October 26, 2012

This Site's 1:3 National CAP Index

**739**



| Current Scores (2009) | National | State | County |
|---|---|---|---|
| CAP Index | 739 | 621 | 480 |
| Homicide | 482 | 344 | 242 |
| Rape | 478 | 520 | 683 |
| Robbery | 743 | 590 | 429 |
| Aggravated Assault | 511 | 406 | 321 |
| Crimes Against Persons | 602 | 489 | 383 |
| Burglary | 274 | 247 | 330 |
| Larceny | 339 | 458 | 652 |
| Motor Vehicle Theft | 750 | 368 | 339 |
| Crimes Against Property | 373 | 389 | 491 |

| CAP Index | National | State | County |
|---|---|---|---|
| Past - 2000 | 741 | 623 | 469 |
| Current - 2009 | 739 | 621 | 480 |
| Projected - 2014 | 713 | 566 | 463 |

CRIMECAST® Scores range from 0 to 2000 and indicate the risk of crime at a site compared to an average of 100. A score of 400 means that the risk is 4 times the average while a score of 50 indicates that the risk is half the average.

2009 CAP Index ☐ 0 - 99  ☐ 100 - 199  ☐ 200 - 399  ☐ 400 - 799  ☐ 800 - 2000

CRIMECAST is a trademark of CAP Index, Inc.  Please note terms and conditions as presented on http://www.capindex.com/terms.html
©2012 CAP Index, Inc.  All Rights Reserved.



CAP Index



*1:3 Site Report Scores*
Friday, October 26, 2012

## Del Marva Corporation
Long Beach
30 West Shoreline Dr.
Long Beach, CA 90802

This Site's 1:3 National CAP Index

# 739

| Current Scores (2009) | National | State | County |
|---|---|---|---|
| CAP Index | 739 | 621 | 480 |
| Homicide | 482 | 344 | 242 |
| Rape | 478 | 520 | 683 |
| Robbery | 743 | 590 | 429 |
| Aggravated Assault | 511 | 406 | 321 |
| Crimes Against Persons | 602 | 489 | 383 |
| Burglary | 274 | 247 | 330 |
| Larceny | 339 | 458 | 652 |
| Motor Vehicle Theft | 750 | 368 | 339 |
| Crimes Against Property | 373 | 389 | 491 |

| Past Scores (2000) | National | State | County |
|---|---|---|---|
| CAP Index | 741 | 623 | 469 |
| Homicide | 387 | 295 | 211 |
| Rape | 620 | 653 | 713 |
| Robbery | 727 | 582 | 415 |
| Aggravated Assault | 536 | 462 | 346 |
| Crimes Against Persons | 613 | 528 | 395 |
| Burglary | 323 | 283 | 317 |
| Larceny | 488 | 642 | 728 |
| Motor Vehicle Theft | 722 | 368 | 327 |
| Crimes Against Property | 476 | 491 | 529 |

| CAP Index | National | State | County |
|---|---|---|---|
| Past - 2000 | 741 | 623 | 469 |
| Current - 2009 | 739 | 621 | 480 |
| Projected - 2014 | 713 | 566 | 463 |

CRIMECAST Scores range from 0 to 2000 and indicate the risk of crime at a site compared to an average of 100. A score of 400 means that the risk is 4 times the average while a score of 50 indicates that the risk is half the average.

**Notes:**
..................................................................
..................................................................
..................................................................
..................................................................
..................................................................

| Projected Scores (2014) | National | State | County |
|---|---|---|---|
| CAP Index | 713 | 566 | 463 |
| Homicide | 488 | 339 | 248 |
| Rape | 409 | 426 | 629 |
| Robbery | 737 | 554 | 424 |
| Aggravated Assault | 501 | 366 | 307 |
| Crimes Against Persons | 587 | 441 | 367 |
| Burglary | 243 | 209 | 312 |
| Larceny | 267 | 322 | 534 |
| Motor Vehicle Theft | 687 | 335 | 329 |
| Crimes Against Property | 319 | 307 | 443 |



CRIMECAST is a trademark of CAP Index, Inc. Please note terms and conditions as presented on http://www.capindex.com/terms.html
©2012 CAP Index, Inc. All Rights Reserved.