CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LESTER,<br><br>    Plaintiff,<br><br>  v.<br><br>IPC INTERNATIONAL CORP., et al.<br><br>    Defendants. | Case No. CV 11-06833 JGB (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed on March 12, 2013, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 21, 2013

                                       JESUS G. BERNAL
                           United States District Judge